No. 87–1420. M-Tron Industries, Inc. v. Hillebrand.
C. A. 8th Cir. Certiorari denied. 
██

No. 87–1448. Westinghouse Electric Corp. v. Bhaya
et al. C. A. 3d Cir. Certiorari denied. 

No. 87–1731. Carson Pirie Scott & Co. v. Lacey. C. A.
3d Cir. Certiorari denied. 

No. 87–2072. Young v. General Foods Corp. C. A. 11th
Cir. Certiorari denied. 

No. 88–326. Smithson et ux. v. United States. C. A.
Fed. Cir. Certiorari denied. 

No. 88–390. Peterman v. United States. C. A. 10th Cir.
Certiorari denied. 

No. 88–428. Verity, Secretary of Commerce, et al. v.
Center for Environmental Education et al. C. A. D. C.
Cir. Certiorari denied. 

No. 88–436. Heintz, Commissioner, Department of In-
come Maintenance of Connecticut v. United States. Sup.
Ct. Conn. Certiorari denied. 

No. 88–487. Central States, Southeast and Southwest
Areas Health and Welfare Fund v. Hawkeye-Security
Insurance Co. C. A. 6th Cir. Certiorari denied. 

No. 88–500. Illinois Commerce Commission et al. v. In-
terstate Commerce Commission et al. C. A. D. C. Cir.
Certiorari denied. 

No. 88–502. In re Solerwitz. C. A. Fed. Cir. Certiorari
denied.